# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 12-5147**                              **September Term, 2012**

**1:12-mc-00196-RCL**
**1:12-mc-00197-RCL**

In re: Sealed Case,

-----------------------------

Consolidated with 12-5148

# UNDER SEAL OPINION NOT AVAILABLE TO THE PUBLIC